UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
BETHPAGE COMMERCIAL LLC AND 200 SOUTH
STREET NC, LLC,

                    Plaintiffs,            **DEFAULT JUDGMENT**

       - against –           24 Civ. 8698 (NRB)

YAAKOV PRAGER, 200 SOUTH COLLEGE LLC
and S COLLEGE LLC f/k/a S COLLEGE
LESSEE LLC,

                    Defendants.
-------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the Court has subject matter jurisdiction over this action, pursuant to 28 U.S.C. § 1332(a); and

    **WHEREAS**, Plaintiffs BETHPAGE COMMERCIAL LLC and 200 SOUTH STREET NC, LLC (collectively, "Plaintiffs") having duly moved this Court pursuant to Fed. R. Civ. P. 55(b) and Local Civil Rule 55.2 to enter a default judgment in favor of Plaintiffs and against Defendants YAAKOV PRAGER, 200 SOUTH COLLEGE LLC and S COLLEGE LLC f/k/a S COLLEGE LESSEE LLC (collectively, "Defendants"), ECF No. 25; and

    **WHEREAS** the Court ordered Defendants to show cause by a written submission no later than March 17, 2025 why a judgment should not be issued pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2, in favor of Plaintiffs Bethpage Commercial LLC and 200 South Street NC, LLC

and against Defendants Yaakov Prager, 200 South College LLC and S College LLC f/k/a S College LLC in the amount of $616,650.78, ECF No. 26; and

**WHEREAS** Plaintiffs filed an affidavit of service, stating that Defendants had been served with the Order to Show Cause, Memorandum of Law in Support for Default Judgment, Declaration in Support of Motion for Default Judgment with exhibits (Andrew Lendzioszek, Jr.), Declaration in Support of Motion for Default Judgment with exhibits (Jarrett M. Behar, Esq.), and Default Judgment in the above-captioned action, by overnight delivery, ECF No. 27; and

**WHEREAS** Defendants did not appear and have not shown cause for why a judgment should not be entered against them; and

**WHEREAS**, upon the reading and filing of the Notice of Motion, the Declaration of Jarrett M. Behar, Esq., dated February 5, 2025, together with the exhibits annexed thereto, and the Affidavit of Andrew Lendzioszek, Jr., dated February 5, 2025, and the exhibits annexed thereto, and the accompanying Memorandum of Law, and upon all of the prior papers and proceedings had herein, it is hereby

**ORDERED** that Plaintiffs BETHPAGE COMMERCIAL LLC and 200 SOUTH STREET NC, LLC, c/o Bethpage Federal Credit Union, 899 South Oyster Bay Road, Bethpage, New York 11714, recover from Defendants YAAKOV PRAGER, with his last known principal place of residence at 139

Avis Avenue, Lakewood, New Jersey 08701, 200 SOUTH COLLEGE LLC, with a last known principal place of business located at 212 2nd Street, Lakewood, New Jersey 08701, and S COLLEGE LLC f/k/a S COLLEGE LESSEE LLC, with a last known principal place of business located at 212 2nd Street, Unit 1, Lakewood, New Jersey 08701, jointly and severally, the sum of $602,015.78, attorneys' fees in the amount of $13,530.00 and costs and disbursements in the total amount of $1,105.00 for a total judgment amount of $616,650.78, and that Plaintiffs BETHPAGE COMMERCIAL LLC and 200 SOUTH STREET NC, LLC have due execution thereon.

DATED:    April 1, 2025
          New York, New York

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE